FILED

NOT FOR PUBLICATION

MAY 20 2013

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GABE WATKINS, on Behalf of Himself and All Other Persons Similarly Situated, | No. 13-55755 |
| Plaintiff - Appellee, | D.C. No. 2:12-cv-09374-SJO-JC Central District of California, Los Angeles |
| v. | |
| VITAL PHARMACEUTICALS, INC., | ORDER |
| Defendant - Appellant. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

5/20/2013

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

The Court is of the unanimous opinion that the facts and legal argument are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Therefore, this matter is ordered submitted on the briefs and record without oral argument on Monday, June 3, 2013, at Pasadena, California. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
Clerk of Court

By: Wendy Lam
Deputy Clerk